

**ORDERED in the Southern District of Florida on March 4, 2022.**

A. Jay Cristol, Judge
United States Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:   CASE NO. 21-16804-AJC
ARIEL GARCIA        CHAPTER 13

Debtors,
_____/

## AGREED ORDER SUSTAINING IN PART AND DENYING IN PART OBJECTION TO CLAIM 10-1, DE 47

**THIS CAUSE** came before this Court on the Objection (DE 47) to Claim 10-1, the parties having reached an agreement, and being otherwise duly advised in the premises, it is

**HEREBY ORDERED** that Debtor's objection is sustained in part and denied in part.

1. The objection will be allowed with a reduced amount of $14,943.42.

2. The Debtor will continue to make his regular payments to the Association through his Chapter 13 bankruptcy, and the regular payments are included in his Chapter 13 plan payments.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38th Street
Miami, FL 33155
(305) 266-1150 Phone
Email: bk@coronapa.com


The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).