

ORDERED in the Southern District of Florida on March 24, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:
ARIEL GARCIA

CASE NO.: 21-16804-AJC
CHAPTER 13

Debtor,
_____/

### ORDER SUSTAINING OBJECTION TO CLAIM 1-1, DE #54

**THIS CAUSE** having come before the court during the consent calendar on March 22, 2022, upon the Debtor's Objection to Claim Number #1-1, (D.E. # 54), there being no opposition heard and being otherwise duly advised in the premises, it is

**ORDERED** that the Debtor's objection to the claim is hereby **SUSTAINED.** **HEREBY** Claim Number #1-1 is allowed but with no distribution by the Chapter 13 Trustee.

###

**Submitted by:**

RICARDO CORONA, ESQ.
Florida Bar No. 111333
6700 SW 38TH Street
Miami, FL 33155
(305) 547-1234 Phone
(305) 266-1151 Fax
Email: bk@coronapa.com

The party submitting the order shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).