| Fill in this information to identify the case: |
| --- |
| Debtor 1   Ariel Garcia aka Ariel Garcia De La Uz |
| Debtor 2 |
| United States Bankruptcy Court for the: Southern District of Florida |
| Case number :   21-16804-AJC |

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

| Name of creditor: | Citibank, N.A., not in its individual capacity but solely as Owner Trustee for New Residential Mortgage Loan Trust 2020-RPL1 | Court claim no. (if known): | 8 |
| --- | --- | --- | --- |

Last 4 digits of any number you use to identify the debtor's account:   **8686**

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

[X] No

[ ] Yes. Date of the last notice.

### Part 1:  Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates incurred | Amount |
| --- | --- | --- |
| Late Charges | | $0.00 |
| Non-sufficient funds (NSF) fees | | $0.00 |
| Attorney Fees | | $0.00 |
| Filing fees and court costs | | $0.00 |
| Bankruptcy/Proof of claim fees | 11/05/2021 | $475.00 |
| Appraisal/Broker`s price opinion fees | | $0.00 |
| Property Inspection Fees | | $0.00 |
| Tax Advances (Non-Escrow) | | $0.00 |
| Insurance Advances (Non-Escrow) | | $0.00 |
| Property preservation expenses. Specify: | | $0.00 |
| Other. Specify: Plan Review Fees | | $0.00 |
| Other. Specify: 410A Fee | | $0.00 |
| Other. Specify: Objection to Confirmation | | $0.00 |
| Other. Specify: | | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1332(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Ariel Garcia aka Ariel Garcia De La Uz</u>    Case Number: <u>21-16804-AJC</u>
         First Name    Middle Name    Last Name

## Part 2: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

<u>/s/ Seth Greenhill</u>                                    Date <u>02/24/2022</u>
Signature

| | | | |
|---|---|---|---|
| Print: | Seth Greenhill | Title | Authorized Agent for Creditor |
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __24th__ day of February, 2022.

/S/ Seth Greenhill

SETH GREENHILL
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## **SERVICE LIST (CASE NO. 21-16804-AJC)**

Debtor
Ariel Garcia
10210 SW 154th Place, Unit #104
Miami, FL 33196
aka Ariel Garcia De La Uz

Attorney
Ricardo Corona, Esq.
6700 SW 38th Court
Miami, FL 33155

Trustee
Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027

US Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

**Padgett Law Group**

6267 Old Water Oak Road

Tallahassee, FL 32312 3858

Phone No: (850) 422-2520

Fax No: (850) 422-2567

**Bankruptcy - Bankruptcy Services - INVOICE**

| | | | |
|---|---|---|---|
| Fay Servicing LLC | | Invoice #: | |
| Michael A. Wojcik | | Invoice Status: | Check Confirmed |
| 939 W. North Ave. | | Input By: | Daniel Baker |
| Chicago, IL 60642 | | Date Submitted: | 11/5/2021 |
| Re: | GARCIA DE LA UZ ARIEL<br>10210 SW154 PL 104 8<br>MIAMI, FL 33196 0000 | Invoice Date: | 11/5/2021 |
| | | Vendor Ref #: | |
| Loan #: | | Vendor Code: | TPADGETT |
| Loan Type: | Conventional | Payee Code: | ATFLTIMOTH |
| Inv. ID / Cat. ID: | | Type: | Non Judicial |
| Cost Center: | | | |
| CONV Case No: | | Referral Date | 10/13/2021 |
| GSE Code: | O | | |
| GSE REO Rem. Code: | | Acquisition Date: | |
| | | Paid in Full Date: | N/A |
| Original Mortgage Amount: | $131,100.00 | Foreclosure Removal | N/A |
| Litigation Status Code: | | HiType | 1 |
| Man Code: | B | Class Code | |
| BK Case No: | 21-16804-AJC | | |
| BK Chapter: | 13 | | |

Invoice ID:

Asset Number:

Outsourcer:

| SubmittedDate | 1st Reviewed Date | Last Reviewed | Accepted Date | Approved Date | Chk Requested | Chk Confirmed |
|---|---|---|---|---|---|---|
| 11/5/2021 | | | | 11/5/2021 | 11/5/2021 | 11/7/2021 |

| Fee Description(s) | W/H | Aff.Ind | Item Date | Qty | Item Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|
| Attorney Fees - Proof of Claim | | | 11/05/2021 | 1 | $475.00 | $475.00 | $0.00 | $475.00 |
| **Note:** Ch 13 POC Preparation | | | | | | | | |
| Service From Date: 11/5/2021 | | | Service To Date: 11/5/2021 | | | | | |
| | | | | | | $475.00 | $0.00 | $475.00 |

| Total: | | | | | | $475.00 | $0.00 | $475.00 |

**Invoice Level Exceptions**

None

**Invoice Level Comment**

Property Address: 10210 Southwest 154 Place, 104, Miami, FL 33196

Execution Date Time: 02/21/2022 01:39:07 AM                                                                                                  Pages: 1/ 2